(*Counsel of record listed on next page*)

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

KEITH WELDAY, an individual

Plaintiff,

vs.

RITE AID CORPORATION, and DOES 1 through 50, inclusive,

Defendants

No. 2:13-CV-02439 JAM-EFB

*Related to Nos.*
2:14-CV-01946 JAM-EFB;
2:14-CV-01957 JAM-EFB;
2:14-CV-01960 JAM-EFB;
2:14-CV-01961 JAM-EFB;
2:14-CV-01963 JAM-EFB;
2:14-CV-01965 JAM-EFB;
2:15-CV-00429 JAM-EFB;
2:15-CV-00622 JAM-EFB;
2:15-CV-00623 JAM-EFB.

**STIPULATION TO WITHDRAW MOTION TO STAY AND SET DEADLINE FOR JOINT STATUS REPORT**

Judge: Hon. John A. Mendez

MATTHEW RIGHETTI (Cal. State Bar No. 121012)
JOHN GLUGOSKI (Cal. State Bar No. 191551)
MICHAEL RIGHETTI (Cal. State Bar No. 258541)
RIGHETTI GLUGOSKI, P.C.
456 Montgomery Street, Suite 1400
San Francisco, California 94104
Telephone:     (415) 983-0900
Facsimile:     (415) 397-9005
matt@righettilaw.com
john@righettilaw.com
mike@righettilaw.com

Attorneys for Plaintiff
Keith Welday

JEFFREY D. WOHL (Cal. State Bar No. 096838)
RISHI N. SHARMA (Cal. State Bar No. 239034)
PETER A. COOPER (Cal. State Bar No. 275300)
PAUL HASTINGS LLP
55 Second Street, 24th Floor
San Francisco, California 94105-3441
Telephone:     (415) 856-7000
Facsimile:     (415) 856-7100
jeffwohl@paulhastings.com
rishisharma@paulhastings.com
petercooper@paulhastings.com

Attorneys for Defendant
Rite Aid Corporation

Plaintiff Keith Welday and defendant Rite Aid Corporation ("Rite Aid"), acting through their respective counsel of record, hereby stipulate as follows:

1. This is one of 10 related actions pending before the Court: *Keith Welday v. Rite Aid Corp.*, 2:13-CV-02439 JAM-EFB ("*Welday*"); *Tom Bauser v. Rite Aid Corp.*, 2:14-CV-01946 JAM-EFB ("*Bauser*"); *Rachel Chavez v. Rite Aid Corp.*, 2:14-CV-01957 JAM-EFB ("*Chavez*"); *Mark Jaeger v. Rite Aid Corp.*, 2:14-CV-01960 JAM-EFB ("*Jaeger*"); *Bruce Kaufman v. Rite Aid Corp.*, 2:14-CV-01961 JAM-EFB ("*Kaufman*"); *Chris Gonzalez v. Rite Aid Corp.*, 2:14-CV-01963 JAM-EFB ("*Gonzalez*"); *Kathryn Von Kopp v. Rite Aid Corp.*, 2:14-CV-01965 JAM-EFB ("*Von Kopp*"); *Kevin Lewis v. Rite Aid Corp.*, 2:15-CV-00429 JAM-EFB ("*Lewis*"); *Jeff Wise v. Rite Aid Corp.*, 2:15-CV-00622 JAM-EFB ("*Wise*"); and *Paul Neumann v. Rite Aid Corp.*, 2:15-CV-00623 JAM-EFB ("*Neumann*") (collectively the "Related Actions").

2. On March 4, 2015, Rite Aid moved to stay *Welday*, *Bauser*, *Chavez*, *Jaeger*, *Kaufman*, *Gonzalez*, and *Von Kopp* pending *Romero v. Rite Aid Corp.*, U.S.D.C., C.D. Cal., No. CV 13-7720-MWF (JEMx) ("*Romero*"), a putative class action in which the plaintiff alleges that Rite Aid misclassified salaried Store Managers as exempt from the overtime pay and related requirements of California law. Because the plaintiffs in *Welday*, *Bauser*, *Chavez*, *Jaeger*, *Kaufman*, *Gonzalez*, and *Von Kopp* and the putative class in *Romero* are represented by the same counsel and plaintiffs in *Welday*, *Bauser*, *Chavez*, *Jaeger*, *Kaufman*, *Gonzalez*, and *Von Kopp* are putative class member in *Romero*, Rite Aid contended that the Court here should stay these proceedings as an effective case management tool under its inherent discretionary authority. *See Landis v. North American Co.*, 299 U.S. 248, 254-55 (1936). (*See, e.g.*, *Welday* ECF 26.) Rite Aid's motions to stay remain pending before the Court, though the hearings were vacated on April 16, 2015. (*See, e.g.*, *Welday* ECF 34.) No such motions were filed in *Lewis*, *Wise*, or *Neumann*.

3. On March 2, 2015, separate counsel filed against Rite Aid a multi-plaintiff and putative class action in Santa Clara County Superior Court entitled *Chavez v. Rite Aid Corp.*, Santa Clara Super. Ct. No. 1-15-CV-277313 ("*Chavez II*") in which the plaintiffs allege that Rite Aid misclassified salaried Store Managers as exempt from the overtime pay and related requirements of California law.

///

4. On April 15, 2015, the parties in *Romero* agreed to dismiss without prejudice the putative class and representative claims in that action, which obviates Rite Aid's motion to stay in *Welday*, *Bauser*, *Chavez*, *Jaeger*, *Kaufman*, *Gonzalez*, and *Von Kopp*. Rite Aid also agrees not to move to stay the Related Actions pending *Chavez II*.

5. As such, the parties request that the Court:

    a. permit Rite Aid to withdraw its motions to stay in *Welday*, *Bauser*, *Chavez*, *Jaeger*, *Kaufman*, *Gonzalez*, and *Von Kopp*;

    b. set the parties' deadline to file a joint status report for May 18, 2015, to coincide with the parties' current or requested deadline to file joint status reports in the Related Actions; and

    c. enter similar orders on the parties' stipulations in the Related Actions.

6. The parties also have agreed to set the deadline to exchange initial or supplemental disclosures for May 18, 2015, in this action and the Related Actions.

Dated:  April 16, 2015.

MATTHEW RIGHETTI
JOHN GLUGOSKI
MICHAEL RIGHETTI
RIGHETTI GLUGOSKI, P.C.

By: _____
Michael Righetti
Attorneys for Plaintiff Keith Welday

Dated:  April 16, 2015.

JEFFREY D. WOHL
RISHI N. SHARMA
PETER A. COOPER
PAUL HASTINGS LLP

By: _____
Peter A. Cooper
Attorneys for Defendant Rite Aid Corporation

(*Counsel of record listed on next page*)

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH WELDAY, an individual<br><br>Plaintiff,<br><br>vs.<br><br>RITE AID CORPORATION, and DOES 1 through 50, inclusive,<br><br>Defendants | No. 2:13-CV-02439 JAM-EFB<br><br>*Related to Nos.*<br>2:14-CV-01946 JAM-EFB;<br>2:14-CV-01957 JAM-EFB;<br>2:14-CV-01960 JAM-EFB;<br>2:14-CV-01961 JAM-EFB;<br>2:14-CV-01963 JAM-EFB;<br>2:14-CV-01965 JAM-EFB;<br>2:15-CV-00429 JAM-EFB;<br>2:15-CV-00622 JAM-EFB;<br>2:15-CV-00623 JAM-EFB.<br><br>**ORDER WITHDRAWING MOTION TO STAY AND SETTING DEADLINE FOR JOINT STATUS REPORT**<br><br>Judge:    Hon. John A. Mendez |

MATTHEW RIGHETTI (Cal. State Bar No. 121012)
JOHN GLUGOSKI (Cal. State Bar No. 191551)
MICHAEL RIGHETTI (Cal. State Bar No. 258541)
RIGHETTI GLUGOSKI, P.C.
456 Montgomery Street, Suite 1400
San Francisco, California 94104
Telephone:     (415) 983-0900
Facsimile:     (415) 397-9005
matt@righettilaw.com
john@righettilaw.com
mike@righettilaw.com

Attorneys for Plaintiff
Keith Welday

JEFFREY D. WOHL (Cal. State Bar No. 096838)
RISHI N. SHARMA (Cal. State Bar No. 239034)
PETER A. COOPER (Cal. State Bar No. 275300)
PAUL HASTINGS LLP
55 Second Street, 24th Floor
San Francisco, California 94105-3441
Telephone:     (415) 856-7000
Facsimile:     (415) 856-7100
jeffwohl@paulhastings.com
rishisharma@paulhastings.com
petercooper@paulhastings.com

Attorneys for Defendant
Rite Aid Corporation

On the stipulation of the parties, and good cause appearing therefor,

IT IS ORDERED that defendant Rite Aid Corporation's motion to stay this action pending *Romero v. Rite Aid Corp.*, U.S.D.C., C.D. Cal., No. CV 13-7720-MWF (JEMx), is WITHDRAWN.

IT IS FURTHER ORDERED that the parties' deadlines to file their joint status report is set for May 18, 2015, to coincide with the deadline to file joint status reports in the other actions related to this action by the Court's prior orders.

Dated:  April 20, 2015.

      /s/ John A. Mendez_____
      John A. Mendez
      United States District Court Judge