UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| AARON GUZMAN and LISA LADNER, | ) | Case No. 2:16-CV-000211 JAM-KJN |
| | ) | |
| Plaintiffs, | ) | **RELATED CASE ORDER** |
| | ) | Related to Nos.: |
| v. | ) | 2:13-CV-02439 JAM-EFB |
| | ) | 2:14-CV-01946 JAM-EFB |
| | ) | 2:14-CV—01957 JAM-EFB |
| | ) | 2:14-CV-01960 JAM-EFB |
| RITE AID CORPORATION, and DOES 1 | ) | 2:14-CV-01961 JAM-EFB |
| through 50, inclusive, | ) | 2:14-CV-01963 JAM-EFB |
| | ) | 2:14-CV—01965 JAM-EFB |
| | ) | 1:15-CV-01721 JAM-EFB |
| Defendants. | ) | 1:15-CV-01748 JAM-EFB |
| | ) | 1:15-CV-01872 JAM-EFB |
| | ) | 1:15-CV-01874 JAM-EFB |
| | ) | 2:15-CV-00429 JAM-EFB |
| | ) | 2:15-CV-00622 JAM-EFB |
| | ) | 2:15-CV-00623 JAM-EFB |
| | ) | 2:15-CV-02150 JAM-EFB |
| | ) | 2:15-CV-02396 JAM-EFB |
| | ) | 2:15-CV-02594 JAM-EFB |
| | ) | 2:15-CV-02597 JAM-EFB |
| | ) | |

Examination of the above-entitled actions reveals that these actions are related within the meaning of Local Rule 123 (E.D. Cal. 2005). Accordingly, the assignment of the matters to the same judge and magistrate judge is likely to affect a substantial savings of judicial effort and is also likely to be convenient for the parties.

///

The parties should be aware that relating the cases under Local Rule 123 merely has the result that these actions are assigned to the same judge and magistrate judge; no consolidation of the actions is effected.  Under the regular practice of this court, related cases are generally assigned to the judge and magistrate judge to whom the first filed action was assigned.

IT IS THEREFORE ORDERED that the Magistrate Judge assignment in the action denominated 2:16-CV-000211 JAM-KJN be reassigned to Magistrate Judge Edmund F. Brennan for all further proceedings. Henceforth, the caption on documents filed in the reassigned case shall be shown as 2:16-CV-000211 JAM-EFB.

IT IS SO ORDERED.

Dated:  February 3, 2016

/s/ John A. Mendez_____
JOHN A. MENDEZ
United States District Court Judge